# MEMORANDUM DECISIONS.

[Civil No. 1020. Filed January 14, 1908.]

THE CALUMET CONSOLIDATED COPPER COMPANY, Appellant, v. J. R. MORSE, C. R. MORSE, J. M. BURRIS, J. W. FOSS, and J. C. FRICK, Appellees.

APPEAL from a judgment of the District Court of the Third Judicial District, in and for the County of Pinal. Edward Kent, Judge.

A. J. Daggs, for Appellant.

Geo. J. Stoneman, for Appellees.

January 14, 1908. Motion to affirm granted.

[Civil No. 1031. Filed January 14, 1908.]

W. T. SMITH and GEORGE D. CHRISTY, Appellants, v. ALEXANDER B. TITUS, Appellee.

APPEAL from a judgment of the District Court of the Third Judicial District, in and for the County of Maricopa.

G. P. Bullard, for Appellants.

Street & Alexander, for Appellee.

Appeal dismissed upon judgment being satisfied.